UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT
WINCHESTER

**To:** John Romero

**Case No.:** 4:22-CV-18

### General

| | |
|---|---|
| No payment submitted. | |
| Amount due: | |
| Attorney not registered as an E-Filer | ✓ |
| | |

### Complaints

| |
|---|
| Cover sheet not included |
| Summons not completed or filled out improperly |
| Incorrect party name added |
| Incorrect party role |
| Incomplete name |
| Name in all caps |
| Address information should not have been entered |
| Incorrect cause of action chosen |
| Incorrect nature of suit chosen |
| Wrong division chosen |

### Other filings -- Doc. No.:

| |
|---|
| Filed in wrong case |
| Wrong event used |
| s/signature missing |
| Original signature not in compliance with ECF Rule 6 |
| Multi-part motion not selected |
| Attachment should be filed separately |
| Blank pages |
| Page orientation wrong |
| Discovery documents improperly filed (See FRCP 5(d)) |
| Proposed agreed order: joint motion required (See ECF Rule 4.8) |
| Copyright/Patent form not filed (See LR 3.1.1) |
| Other: |

**Action to be taken:** Please register as an e-filer in the Courts Electronic Case Filing.

Informational only: ☐