# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# AT WINCHESTER

| | |
|---|---|
| EVANGELIN D. DUPREE, | * |
| Plaintiff | * |
| v. | *  No. 4:22-cv-00018 |
| CORY T. FITZGERALD AND WERNER ENTERPRISES, INC. | * |
| Defendants. | * |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties hereby stipulate that this lawsuit be dismissed without prejudice.

A proposed Order of Dismissal Without Prejudice is attached hereto.

Respectfully Submitted,

/s/ John F. Romero
Jeffery S. Roberts, #20263
Casey W. Elrod, #35995
John F. Romero, #38841
Jeffery S. Roberts & Associates, PLLC
213 Rep. John Lewis Way N., STE. 300
Nashville, Tennessee 37219
(615) 425-4400
*Attorneys for Plaintiff*

/s/ Daniel C. Headrick
John J. Griffin, Jr, #015446
Daniel C. Headrick, #026362
900 S. Gay Street, Suite 1810
Knoxville, Tennessee 37902
(865) 314-8422
*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# AT WINCHESTER

| | |
|---|---|
| EVANGELIN D. DUPREE, | * |
| | * |
|     Plaintiff | * |
| | * |
| v. | *    No. 4:22-cv-00018 |
| | * |
| CORY T. FITZGERALD AND | * |
| WERNER ENTERPRISES, INC. | * |
| | * |
|     Defendants. | * |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

It appearing to the Court that the parties have a Stipulation of Dismissal Without Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), it is therefore Ordered that this lawsuit is dismissed without prejudice.

                                                               UNITED STATES DISTRICT JUDGE

APPROVED FOR ENTRY:

/s/ John F. Romero
Jeffery S. Roberts, #20263
Casey W. Elrod, #35995
John F. Romero, #38841
Jeffery S. Roberts & Associates, PLLC
213 Rep. John Lewis Way N., STE. 300
Nashville, Tennessee 37219
 (615) 425-4400
*Attorneys for Plaintiff*

/s/Daniel C. Headrick
John J. Griffin, Jr, BPR #015446
Daniel C. Headrick, BPR #026362
900 S. Gay Street, Suite 1810
Knoxville, Tennessee 37902
(865) 314-8422
*Attorneys for Defendants*

Case 4:22-cv-00018-JRG-SKL   Document 17   Filed 06/17/22   Page 3 of 3   PageID #: 66

3